No. 50. A. BOURJOIS & COMPANY, INC. *v.* GEORGE W. ALDRIDGE, COLLECTOR OF THE PORT OF NEW YORK, ET AL.

On a certificate from the Circuit Court of Appeals for the Second Circuit. Argued October 5, 1923. Decided October 8, 1923. *Per Curiam.* The two questions certified by the Circuit Court of Appeals for Second Circuit are answered in the affirmative, upon the authority of *Bourjois & Co.* v. *Katzel,* 260 U. S. 689, the defendant not objecting. *Mr. Hans v. Briesen* for A. Bourjois & Co., Inc. *Mr. Solicitor General Beck* and *Mr. Harry E. Knight,* Special Assistant to the Attorney General, for Aldridge, submitted..